IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| JULIA TAYLOR HILTY, By and Through Her Guardian Ad Litem, PHILIP J. ROTH, | ) ) ) ) |
| Plaintiff | ) ) |
| v | CIVIL NO. 2:04cv269 ) ) |
| KIA MOTORS AMERICA, INC. and KIA MOTORS CORPORATION, | ) ) ) ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* of Julie C. Griffin of the law firm of Bowman and Brooke LLP to appear as additional counsel for the defendant, Kia Motors Corporation in this matter filed on July 25, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Julie C. Griffin is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

**Signed: August 1, 2005**

Dennis L. Howell
United States Magistrate Judge