# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:04cv269

| | |
|---|---|
| JULIA TAYLOR HILTY, by and through her guardian ad litem, PHILLIP J. ROTH, ) ) ) | |
| Plaintiff, ) ) | |
| Vs. ) ) | ORDER |
| KIA MOTORS AMERICA, INC.; and KIA MOTORS CORPORATION, ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the court on the joint request of counsel to set a hearing for consideration and approval of a minor settlement. Such request shall be allowed and the minor, accompanied by her guardian *ad litem* as well as a parent or other guardian (unless she is lawfully emancipated), shall be present at such hearing.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint request for hearing is **ALLOWED**, and a Settlement Approval Hearing is calendared for November 30, 2005, at 2 p.m.

**Signed: November 10, 2005**

**Signed: November 10, 2005**

_____
Dennis L. Howell
United States Magistrate Judge

_____
Dennis L. Howell
United States Magistrate Judge